1
2
3
4
5
6
7
8
9
10

**UNITED STATES DISTRICT COURT**
**FOR THE**
**EASTERN DISTRICT OF CALIFORNIA**

11

12

| | |
|---|---|
| **CHRISTOPHER HOOPER,** | **Case No.:** 2:23-cv-02692-MCE-DB |
| Plaintiff, | *HON. MORRISON C. ENGLAND, JR* |
| | *HON. MAG. DEBORAH BARNES* |
| v. | **ORDER OF DISMISSAL** |
| **DAVID K. COMPTON, ESQ.,** | **PURSUANT TO FRCP** |
| | **41(A)(1)(A)(II)** |
| Defendant. | |

13
14
15
16
17

18  ///

19  ///

20  ///

21  ///
22

23  ///

24  ///

25  ///

26

27

28

**ORDER OF DISMISSAL PURSUANT TO FRCP 41(A)(1)(A)(II)**

1

**ORDER OF DISMISSAL**

2      Pursuant to the Stipulation of the parties under FRCP 41(a)(1)(A)(ii), IT IS

3  ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH

4  PREJUDICE with respect to all Parties named herein, as to all claims and causes of

5  action with each party bearing that party's own attorneys' fees and costs. The Clerk

6  is directed to close the file.

7      IT IS SO ORDERED.

8  Dated:  May 29, 2024

9

10  _____
    MORRISON C. ENGLAND, JR.
    SENIOR UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER OF DISMISSAL PURSUANT TO FRCP 41(A)(1)(A)(II)**                              **PAGE 1 OF 1**